IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3016 |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to extend deadline, filing 12, is granted and the deadline for filing pretrial motions is extended for a period of thirty (30) days.

DATED this 1st day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge