```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | ORDER |
| MARCO M. PRUNEDA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The trial of defendant Marco M. Pruneda has been set for May 1, 2006. The trial of the co-defendant will be moved to that date also.

IT THEREFORE HEREBY IS ORDERED,

Trial of this matter as to defendant Armando Garcia-Delacruz is continued from April 3, 2006 to May 1, 2006 at 9:00 a.m. before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 1st day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge