```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )    4:06CR3016
                                )
     v.                         )
                                )
ARMANDO GARCIA-DELACRUZ and     )       ORDER
MARCO M. PRUNEDA,               )
                                )
     Defendants.                )
```

IT IS ORDERED:

Trial of the above matter as to both defendants is continued until further order.

Dated March 17, 2006.

                                    BY THE COURT

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge