IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3016 |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

A hearing on defendant's competency to stand trial is set for August 18, 2006 at 2:00 p.m.

DATED this 14th day of July, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge