```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3016 |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED:

   Defendant's Motion for Appointment of Alternative Counsel, filing 41, is denied because no reason is given other than that defendant prefers to have other counsel.  That is not good cause to remove present counsel.

   DATED this 20th day of September, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge