IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   4:06CR3016 |
|     v. | ) |
| | ) |
| ARMANDO GARCIA-DELACRUZ and | )   ORDER |
| MARCO M. PRUNEDA, | ) |
| | ) |
|     Defendant. | ) |

IT IS ORDERED:

1. Defendant Garcia-Delacruz's motion, filing 50, for leave to join in the motions and supporting briefs filed by defendant Pruneda (documents 45, 46, 47, 48 and 49) is granted.

2. An evidentiary hearing on defendant Pruneda's motion to suppress evidence, filing 46, will be held jointly with the suppression hearing on Armando Garcia-Delacruz's motion to suppress evidence, filing 39, on October 3, 2006 beginning at 1:30 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The court has set aside two hours for this hearing.

3. Defendants, their counsel, and counsel for the government shall be present at this hearing.

4. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

5. As to both defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

Dated September 25, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge