IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3016 |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. The clerk is directed to file the defendant's motion for new counsel under seal and mail a copy of the motion to defendant's counsel.

2. A hearing on the motion, filing 58, will be held before the undersigned on November 1, 2006 at 2:30 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3. Defendant and defendant's counsel shall be present for the hearing. Plaintiff's counsel need not be present.

DATED this 23rd day of October, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge