```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:06CR3016 |
| v. ) | |
| ) | |
| ARMANDO GARCIA-DELACRUZ, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

1. The oral motion of defendant's counsel to reschedule the hearing on defendant's motion for new counsel, filing 58, is granted.

2. The hearing is rescheduled from November 1 to **October 27, 2006 at 3:30 p.m.** before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3. Defendant and defendant's counsel shall be present for the hearing. Plaintiff's counsel need not be present.

DATED this 24th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge