IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | ORDER ON MOTION TO CONTINUE |
| MARCO M. PRUNEDA, | ) | TRIAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Because the Motion to Continue Trial is based upon the fact that an essential witness for the government's case cannot be produced for trial before December 21, 2006, and I find that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

    IT IS ORDERED that the Motion to Continue Trial, filing 68, is granted and trial is scheduled to begin on February 5, 2007, at 9:00 a.m. and the period of time from the date of this order until December 21, 2006, shall be excluded for purposes of the Speedy Trial Act.

    Dated December 7, 2006.

                                        BY THE COURT

                                        s/ Warren K. Urbom
                                        United States Senior District Judge