IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | ORDER ON AMENDED MOTION IN |
| | ) | LIMINE |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that, following a meeting with counsel before the beginning of trial on February 5, the Amended Motion in Limine is denied, but it is ordered that none of the subjects of the Amended Motion in Limine shall be raised before the jury without the judge's permission.

Dated February 5, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge