IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06cr3016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 28 U.S.C. § 2255 |
| | ) | |
| ARMANDO GARCIA-DELACRUZ | ) | |
| | ) | |
| Defendant. | ) | |

    The United States Attorney is notified of the filing on March 17, 2008, of a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, filing 154.  The United States shall have until April 25, 2008, in which to respond.

    Dated March 18, 2008.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge