IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Defendant has mailed to the chambers of the undersigned a number of documents similar to those which had previously been filed in this case as a petition pursuant to 28 U.S.C. § 2255. Filing 154. I shall have the documents filed. I leave it to the parties and the presiding district judge whether to construe them as an amendment to his petition, a request for appointment of counsel, or otherwise.

Defendant requests a "written response," and this is such a response.

IT THEREFORE HEREBY IS ORDERED:

1.  The clerk shall file the documents.

2.  The clerk shall forward copies of this memorandum and order to the pro se law clerk and to the assigned district judge.

2.  The clerk shall send to the defendant a copy of this memorandum and order.

DATED this 22nd day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge