IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06cr3016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 28 U.S.C. § 2255 |
| | ) | |
| ARMONDO GARCIA-DELACRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

    The United States Attorney is notified of the filing on February 11, 2009, of a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, filing 169. The United States shall have until March 30, 2009, in which to respond.

    Dated February 18, 2009.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge