IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | ORDER ON MOTION FOR |
| | ) | CONTINUANCE TO RESPOND TO |
| Defendants. | ) | GOVERNMENT'S ANSWER |
| | ) | |

    IT IS ORDERED that the motion for continuance to respond to the government's answer, filing 186, is granted and the defendant shall have on or before June 1, 2009, in which to file and serve his response.

    Dated April 29, 2009.

                          BY THE COURT

                          s/ Warren K. Urbom
                          United States Senior District Judge