IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>ARMANDO GARCIA-DELACRUZ,      )<br>                              )<br>        Defendants.           )<br>                              ) | 4:06CR3016<br><br><br>ORDER ON MOTION TO EXTEND<br>DEADLINE |

IT IS ORDERED that:

1. the Motion to Extend Deadline, filing 208, is granted;

2. the defendant shall have on or before September 8, 2010, to file and serve his response to my order, filing 207.

Dated August 24, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge