IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | ORDER ON MOTION TO EXTEND |
| | ) | DEADLINE |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Motion to Extend Deadline, filing 213, is granted;

2. the defendant by and through counsel shall have on or before November 22, 2010, in which to file a response to the government's Motion for Summary Judgment and to file an Amended § 2255 Motion; and

3. the government shall file a reply within thirty days of the date of the filing of the defendant's counsel's documents.

Dated November 2, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge