IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3016 |
| v. | ) | |
| ARMANDO GARCIA-DELACRUZ, | ) | ORDER SCHEDULING TELEPHONIC HEARING |
| Defendants. | ) | |

IT IS ORDERED that:

1. the Motion for Hearing Pursuant to Fed. R. Crim. P 44, is granted;

2. the hearing is scheduled for December 22, 2010, at 12:15 p.m., CST in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North. Lincoln, Nebraska; and

3. the defendant, Armando Garcia-Delacruz shall be connected by telephone to participate in the hearing.

Dated December 7, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge