IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:06CR3016 |
| ) | |
| v. ) | |
| ) | |
| ARMANDO GARCIA-DELACRUZ, ) | SCHEDULING ORDER |
| ) | |
| Defendants. ) | |
| ) | |

Now that the issue of whether Jessica Milburn should continue as the defendant's counsel has been resolved, I conclude that dates for the defendant to respond to certain filings should be reestablished.

IT IS ORDERED that the defendant by and through counsel shall have on or before March 14, 2011, to respond to the Motion for Summary Judgment, filing 175, and to file an amended Motion to Vacate under 28 U.S.C. § 2255; the government may file a reply within 30 days of the date of the filing of the defendant's counsel's document.

Dated February 14, 2011.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge