IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:06CR3016 |
| ) | |
| v. ) | |
| ) | |
| ARMANDO GARCIA-DELACRUZ, ) | ORDER ON MOTION FOR EXTENSION |
| ) | OF TIME |
| Defendants. ) | |
| ) | |

   IT IS ORDERED that the Motion for Extension of Time, filing 230, is granted and the United States of America shall have on or before April 21, 2011, to file and serve its reply.

   Dated April 13, 2011.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge